IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| JEROME FRANKS, | § | |
| | § | No. 593, 2015 |
| Defendant Below- | § | |
| Appellant, | § | |
| | § | |
| v. | § | Court Below—Superior Court |
| | § | of the State of Delaware |
| STATE OF DELAWARE, | § | Cr. ID No. 89KO1032DI |
| | § | |
| Plaintiff Below- | § | |
| Appellee. | § | |

Submitted:  November 25, 2015
Decided:     January 11, 2016

Before **HOLLAND**, **VALIHURA**, and **SEITZ**, Justices.

## ORDER

This 11th day of January 2016, after careful consideration of the parties' respective positions, the Court concludes that the judgment below should be affirmed for reasons stated in the Superior Court's decision dated October 15, 2015. The Superior Court did not err in concluding that the appellant's seventh motion for postconviction relief was procedurally barred and that the motion failed to satisfy the pleading requirements of Superior Court Criminal Rule 61(d)(2) in order to overcome the procedural hurdles.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

*/s/ Collins J. Seitz, Jr.*
Justice